Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−19439−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danielle M. Scavelli
   14 Garfield St
   Millville, NJ 08332−4290

Social Security No.:
   xxx−xx−5591

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/4/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 4, 2025
JAN: kvr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Danielle M. Scavelli  
Debtor

Case No. 24-19439-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Jun 04, 2025  Form ID: 148  Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Danielle M. Scavelli, 14 Garfield St, Millville, NJ 08332-4290 |
| 520401960 | | Capital One, 10700 Capital One Dr, Richmond, VA 23238-1119 |
| 520401967 | + | Edwin Medina, 14 Garfield Street, Millville, NJ 08332-4290 |
| 520593577 | + | United States Attorney General, United States Department of Justice, P.O. Box 683, Washington, DC 20044-0683 |
| 520457136 | + | VAK M25 Fund, LLC, 33 Walt Whitman Road, Suite 307 E, South Huntington, NY 11746-3640 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520404931 | + | EDI: AISACG.COM | Jun 05 2025 00:29:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520442919 | + | EDI: AISACG.COM | Jun 05 2025 00:29:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520401957 | | EDI: GMACFS.COM | Jun 05 2025 00:29:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 520401958 | | Email/Text: bankruptcy@pepcoholdings.com | Jun 04 2025 20:45:00 | Atlantic City Electric Company, Mail Stop 84CP42 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 520401959 | | Email/Text: bk@avant.com | Jun 04 2025 20:46:00 | Avant, 222 N La Salle St Ste 1700, Chicago, IL 60601-1101 |
| 520401961 | | EDI: PHINGENESIS | Jun 05 2025 00:29:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 520413352 | + | EDI: COMCASTCBLCENT | Jun 05 2025 00:29:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520438888 | + | EDI: AIS.COM | Jun 05 2025 00:29:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520401962 | | Email/Text: tracey.gregoire@millvillenj.gov | Jun 04 2025 20:46:00 | City of Millville, 12 High St S, Millville, NJ 08332-4244 |
| 520401963 | | EDI: COMCASTCBLCENT | Jun 05 2025 00:29:00 | Comcast Cable, 1 Apollo Rd, Plymouth Meeting, PA 19462-2372 |
| 520401964 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2025 20:48:54 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |

Case 24-19439-JNP    Doc 40    Filed 06/06/25    Entered 06/07/25 00:15:13    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: 148 | Total Noticed: 44 |

| Notice # | Method | Date/Time | Recipient |
|---|---|---|---|
| 520401966 | EDI: DISCOVER | Jun 05 2025 00:29:00 | Discover Bank, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520401965 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 04 2025 20:46:00 | Department of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 520401968 | + Email/Text: LMitchell@myfci.com | Jun 04 2025 20:45:00 | FCI Lender Services, PO ox 27370, Anaheim, CA 92809-0112 |
| 520401969 | ^ MEBN | Jun 04 2025 20:39:42 | Finwise, 200 S Michigan Ave Ste 450, Chicago, IL 60604-2400 |
| 520401970 | + EDI: AMINFOFP.COM | Jun 05 2025 00:29:00 | First Premier bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 520401971 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 04 2025 20:44:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 520565945 | EDI: IRS.COM | Jun 05 2025 00:29:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520401972 | EDI: JEFFERSONCAP.COM | Jun 05 2025 00:29:00 | Jefferson Capital Systems, 16 McCleland Rd, Saint Cloud, MN 56302-7999 |
| 520466372 | EDI: JEFFERSONCAP.COM | Jun 05 2025 00:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520401973 | EDI: JPMORGANCHASE | Jun 05 2025 00:29:00 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 520401974 | EDI: CAPITALONE.COM | Jun 05 2025 00:29:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520469503 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2025 20:48:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520451694 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2025 20:48:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520401975 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2025 20:48:51 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520473319 | EDI: PRA.COM | Jun 05 2025 00:29:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 520438794 | EDI: Q3G.COM | Jun 05 2025 00:29:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520419341 | EDI: Q3G.COM | Jun 05 2025 00:29:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520426503 | EDI: Q3G.COM | Jun 05 2025 00:29:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520425975 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 04 2025 20:46:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520401976 | Email/Text: enotifications@santanderconsumerusa.com | Jun 04 2025 20:46:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520401977 | Email/Text: bankruptcynotice@sjindustries.com | Jun 04 2025 20:45:00 | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 520401978 | + EDI: PHINGENESIS | Jun 05 2025 00:29:00 | TBOM Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 520415629 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 04 2025 20:46:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520593576 | + Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2025 20:46:00 | United States Attorney, Peter Rodino Federal Building,, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 520401979 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: 148 | Total Noticed: 44 |

|  | Jun 04 2025 20:48:54 | Wells Fargo Bank N.A., PO Box 14517, Des Moines, IA 50306-3517 |
|---|---|---|
| 520437942 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Jun 04 2025 20:49:42 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520593575 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2025                Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor VAK M25 FUND  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joni L. Gray | on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com  jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Moshe Rothenberg | on behalf of Debtor Danielle M. Scavelli moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6